| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Crown Jewel Properties, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-0896161 |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1860 Obispo Avenue, Suite F**<br>**Signal Hill, CA 90755**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Vacant Land - APN: 165-120-56-00 & 156-301-17-00, San Diego, CA**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Crown Jewel Properties, LLC** _____ Case number (*if known*) _____
     Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? |
|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☐ No. ■ Yes. |
|---|---|---|

| District | **USBC - Central District - Los Angeles** | When | **10/12/21** | Case number | **2:21-bk-17872-NB** |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **Crown Jewel Properties, LLC**  Case number (*if known*)
     Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
 ■ No
 ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

11. **Why is the case filed in *this district*?**
 *Check all that apply:*
 ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
 ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
 ■ No
 ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
 **Why does the property need immediate attention?** (*Check all that apply.*)
 ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
 ☐ It needs to be physically secured or protected from the weather.
 ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
 ☐ Other _____
 **Where is the property?** _____
    Number, Street, City, State & ZIP Code
 **Is the property insured?**
 ☐ No
 ☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**
 *Check one:*
 ■ Funds will be available for distribution to unsecured creditors.
 ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
 ■ 1-49
 ☐ 50-99
 ☐ 100-199
 ☐ 200-999
 ☐ 1,000-5,000
 ☐ 5001-10,000
 ☐ 10,001-25,000
 ☐ 25,001-50,000
 ☐ 50,001-100,000
 ☐ More than 100,000

15. **Estimated Assets**
 ☐ $0 - $50,000
 ☐ $50,001 - $100,000
 ☐ $100,001 - $500,000
 ☐ $500,001 - $1 million
 ☐ $1,000,001 - $10 million
 ■ $10,000,001 - $50 million
 ☐ $50,000,001 - $100 million
 ☐ $100,000,001 - $500 million
 ☐ $500,000,001 - $1 billion
 ☐ $1,000,000,001 - $10 billion
 ☐ $10,000,000,001 - $50 billion
 ☐ More than $50 billion

16. **Estimated liabilities**
 ☐ $0 - $50,000
 ■ $1,000,001 - $10 million
 ☐ $500,000,001 - $1 billion

Debtor  **Crown Jewel Properties, LLC**_____  Case number (*if known*)_____
       Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Crown Jewel Properties, LLC**
_____Name_____

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12-1-23
_____MM / DD / YYYY_____

X _/s/ [signature]_____    James Eleopoulos
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**    X _/s/ Douglas M. Neistat_____    Date   12-1-23
Signature of attorney for debtor    MM / DD / YYYY

**Douglas M. Neistat**
Printed name

**G&B Law, LLP**
Firm name

**16000 Ventura Boulevard**
**Suite 1000**
**Encino, CA 91436**
Number, Street, City, State & ZIP Code

Contact phone    818-382-6200    Email address    dneistat@gblawllp.com

**55961 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Crown Jewel Properties, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **California Business Ventures**  Attn: Barry R. Sedlik  415 Elmwood Drive  Pasadena, CA 91105 | | Professional Services | | | | $151,000.00 |
| **Jenna Development, Inc.**  1860 Obispo Ave Suite F  Signal Hill, CA 90755 | | Debt for development of real property | | | | $3,900,000.00 |
| **Newport Consulting, Inc.**  Attn: Steven R Zanderholm  711 W 17th Street, Suite A12  Costa Mesa, CA 92627 | | Professional Services | | | | $38,500.00 |
| **Timothy Howard**  2244 N. Pacific Street  Orange, CA 92865 | | Loan | | | | $200,000.00 |

# United States Bankruptcy Court
## Central District of California

In re  **Crown Jewel Properties, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Eleopoulos**<br>**1860 Obispo Avenue**<br>**Suite F**<br>**Signal Hill, CA 90755** | | | **100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _12-1-23_   Signature _/s/ James Eleopoulos_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

1. 2:21-bk-17872-NB, Crown Jewel Properties, LLC, 10/12/2021, Chapter 11, Neil W. Bason, USBC - Central District - Los Angeles, Dismissal entered on 06/24/2022.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

1. 2:21-bk-17872-NB, Crown Jewel Properties, LLC, 10/12/2021, Chapter 11, Neil W. Bason, USBC - Central District - Los Angeles, Dismissal entered on 06/24/2022.
2. 8:94-bk-10558-JR, James Eleopoulos, 01/19/94, Chapter 13, John E. Ryan, USBC - Central District - Santa Ana, Discharge entered on 07/18/1997.
3. 2:08-bk-16482-TD, James Eleopoulos, 05/12/08, Chapter 11, Thomas B. Donovan, USBC - Central District - Los Angeles, Dismissed on 09/25/2008.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Signal Hill  , California.

Date:   12-1-23

_James Eleopoulos_
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1       F 1015-2.1.STMT.RELATED.CASES

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Crown Jewel Properties, LLC**                                    Case No. _____
                                        Debtor(s)                         Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 25,000.00 |
   | Prior to the filing of this statement I have received | $ 25,000.00 |
   | Balance Due | $ 0.00 |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):   **James Eleopoulos**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):   **James Eleopoulos**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      - Advice and drafting regarding plan of reorganization or other exit strategy.
      - Representation litigation before the Bankruptcy Court limited to bankruptcy law issues.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   - Representation in non-bankruptcy forums or regarding non-bankruptcy law.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_12-1-23_                                    _/s/ Douglas M. Neistat_
Date                                         Douglas M. Neistat
                                             *Signature of Attorney*
                                             G&B Law, LLP
                                             16000 Ventura Boulevard
                                             Suite 1000
                                             Encino, CA 91436
                                             818-382-6200  Fax: 818-986-6534
                                             dneistat@gblawllp.com
                                             *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Douglas M. Neistat**<br>**16000 Ventura Boulevard**<br>**Suite 1000**<br>**Encino, CA 91436**<br>**818-382-6200 Fax: 818-986-6534**<br>California State Bar Number: **55961 CA** | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Crown Jewel Properties, LLC**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __James Eleopoulos__ , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                       F 1007-4.CORP.OWNERSHIP.STMT

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 12-1-23

By: *(signature)*

Name: **James Eleopoulos**, Managing Member
Printed name of Debtor, or attorney for Debtor

## United States Bankruptcy Court
### Central District of California

In re  **Crown Jewel Properties, LLC**                                      Case No. _____
                                       Debtor(s)                            Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **James Eleopoulos**, declare under penalty of perjury that I am the **Managing Member** of **Crown Jewel Properties, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __1st__ day of __December__, __2023__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James Eleopoulos, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James Eleopoulos, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James Eleopoulos, Managing Member** of this Corporation is authorized and directed to employ **Douglas M. Neistat**, attorney and the law firm of **G&B Law, LLP** to represent the corporation in such bankruptcy case."

Date ___12-1-23___                                Signed _____
                                                          James Eleopoulos

Resolution of Board of Directors
of
**Crown Jewel Properties, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James Eleopoulos, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James Eleopoulos, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James Eleopoulos, Managing Member** of this Corporation is authorized and directed to employ **Douglas M. Neistat**, attorney and the law firm of **G&B Law, LLP** to represent the corporation in such bankruptcy case.

Date  12-1-23                          Signed  _____
                                                James Eleopoulos

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Douglas M. Neistat<br>16000 Ventura Boulevard<br>Suite 1000<br>Encino, CA 91436<br>818-382-6200 Fax: 818-986-6534<br>California State Bar Number: 55961 CA<br>dneistat@gblawllp.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Crown Jewel Properties, LLC**

Debtor(s).

CASE NO.:
CHAPTER: 11

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12-1-23

Date: _____

Date: _____

Crown Jewel Properties, LLC
By: James Eleopoulos, Managing Member

Signature of Debtor 2 (joint debtor) ) (if applicable)

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                        F 1007-1.MAILING.LIST.VERIFICATION

```
Crown Jewel Properties, LLC
1860 Obispo Avenue,
Suite F
Signal Hill, CA 90755


Douglas M. Neistat
G&B Law, LLP
16000 Ventura Boulevard
Suite 1000
Encino, CA 91436


Buchanan Mortgage Holdings, LLC
Attn: Tim Ballard & Scott Magoffin
3501 Jamboree Road, Suite 4200
Newport Beach, CA 92660


California Business Ventures
Attn: Barry R. Sedlik
415 Elmwood Drive
Pasadena, CA 91105


Eleo Electric
2258 Belmont Ave.
Long Beach, CA 90815


Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Jenna Development, Inc.
1860 Obispo Ave
Suite F
Signal Hill, CA 90755
```

Kandila Bros
1860 Obispo Ave., Suite F
Signal Hill, CA 90755


Newport Consulting, Inc.
Attn: Steven R Zanderholm
711 W 17th Street, Suite A12
Costa Mesa, CA 92627


Rutan & Tucker, LLP
Attn: Robert Dillaway
18575 Jamboree Road, 9th Floor
Irvine, CA 92612


San Diego County Treasurer
Tax Collector
P.O. Box 129009
San Diego, CA 92112


Timothy Howard
2244 N. Pacific Street
Orange, CA 92865