DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@gblawllp.com
JEREMY H. ROTHSTEIN, ESQ. (State Bar No. 316140)
jrothstein@gblawllp.com
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

[Proposed] Attorneys for Debtor and Debtor-in-Possession
Crown Jewel Properties, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No.: 2:23-bk-17999-NB |
|---|---|
| CROWN JEWEL PROPERTIES, LLC, | (Chapter 11) |
| Debtor and Debtor-in-Possession. | **DECLARATION OF MARLEIGH SINGLEMAN RE SERVICE OF PROCEDURES ORDER** |
| | Principal Status Conference:<br>Date: January 9, 2024<br>Time: 1:00 p.m.<br>Ctrm: "1545" (or via ZoomGov)<br>255 E. Temple Street<br>Los Angeles, CA 90012 |
| | Please see Judge's procedures for additional information on ZoomGov appearances: https://www.cacb.uscourts.gov/judges/honorable-neil-w-bason |

I, Marleigh Singleman, declare as follows:

1.  I am employed in the County of Los Angeles, State of California in the office of a member of the bar f this Court at whose direction the service was made. I am over the age of 18 and not a party to the within action. If called as a witness in this action, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

1

2410088.1 - 32278.0005

2. On December 5, 2023, I served the following document on the interested parties in this action:

    a.  PROCEDURES ORDER

| **Debtor** | **Office of the U.S. Trustee** |
|---|---|
| Crown Jewel Properties, LLC | United States Trustee |
| 1860 Obispo Avenue, Suite F | Attn: Dare Law |
| Signal Hill, CA 90755 | 915 Wilshire Blvd, Suite 1850 |
| | Los Angeles, CA 90017 |

## 20 LARGEST UNSECURED CREDITORS

| | |
|---|---|
| California Business Ventures | Jenna Development, Inc. |
| Attn: Barry R. Sedlik | 1860 Obispo Ave Suite F |
| 415 Elmwood Drive | Signal Hill, CA 90755 |
| Pasadena, CA 91105 | |
| | |
| Newport Consulting, Inc. | Timothy Howard |
| Attn: Steven R Zanderholm | 2244 N. Pacific Street |
| 711 W 17th Street, Suite A12 | Orange, CA 92865 |
| Costa Mesa, CA 92627 | |

## ALL CREDITORS

| | |
|---|---|
| Buchanan Mortgage Holdings, LLC | San Diego County Treasurer |
| Attn: Tim Ballard & Scott Magoffin | Tax Collector |
| 501 Jamboree Road, Suite 4200 | P.O. Box 129009 |
| Newport Beach, CA 92660 | San Diego, CA 92112 |
| | |
| Eleo Electric | Kandila Bros |
| 2258 Belmont Ave. | 1860 Obispo Ave., Suite F |
| Long Beach, CA 90815 | Signal Hill, CA 90755 |
| | |
| Franchise Tax Board | Internal Revenue Service |
| Attn: Bankruptcy | Centralized Insolvency Operations |
| P.O. Box 2952 | P.O. Box 7346 |
| Sacramento, CA 95812-2952 | Philadelphia, PA 19101 |

## NOTICE PURPOSES ONLY

Rutan & Tucker, LLP
Attn: Robert Dillaway
18575 Jamboree Road, 9th Floor
Irvine, CA 92612

2410088.1 - 32278.0005

a conformed copy of which is attached hereto as **Exhibit A** by regular U.S. mail. I deposited such envelope in the mail at 16000 Ventura Boulevard, Suite 1000, Encino, California. The envelope was mailed with postage thereon fully prepaid.

3. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on December 5, 2023 at Encino, California.

_____
MARLEIGH SINGLEMAN
Declarant

2410088.1 - 32278.0005

**EXHIBIT A**

FILED & ENTERED

DEC 04 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

Crown Jewel Properties, LLC,

                     Debtor.

Case No.: 2:23-bk-17999-NB
CHAPTER 11

**PROCEDURES ORDER**

Principal Status Conference:
Date: January 9, 2024
Time: 1:00 p.m.
Place: Courtroom 1545
        255 E. Temple Street
        Los Angeles, CA 90012
(or via Zoomgov per posted instructions)

      IT IS HEREBY ORDERED as follows:

      1.     Service. Debtor is directed to serve this order via U.S. Mail on all parties in interest and file a proof of service **no later than two Court days after this order is entered on the docket**.

      2.     Status conferences. Debtor and their counsel, if any, must attend the Principal Status Conference at the place and time set forth above (per § 105(a)&(d)).[1] Debtor need not attend any other status conferences if their counsel attends, unless otherwise ordered. **Without further notice** this Court will automatically hold other

---

[1] For joint individual cases, just one debtor must attend. For cases by any organization (corporation, partnership, etc.) the person who is responsible for Debtor in this bankruptcy case must attend. Tentative rulings and the "Procedures of Judge Bason" ("Posted Procedures") are at www.cacb.uscourts.gov. "Section" ("§") means a section of the U.S. Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"), "Rule" means the Federal Rules of Bankruptcy Procedure or Local Bankruptcy Rules, and other terms have the meanings provided in the Code and the Rules.

-1-

status conferences at the same time as any other hearing in this case and may issue appropriate orders including on: (a) case management (*e.g.,* limiting notice), (b) case disposition (*e.g.,* appoint a trustee, conversion, dismissal, and imposing a bar against future bankruptcies – even if the case has already been dismissed), (c) deadlines (*e.g.,* for proofs of claim), (d) management of adversary proceedings and contested matters, and (e) mediation. *See, e.g., In re Bibo, Inc.,* 76 F.3d 256 (9th Cir. 1996).

3. <u>Case Status Report</u>. At least **fourteen (14) days before the Principal Status Conference**, Debtor must (a) file a Case Status Report on Local Form F 2081-1.1.C11.STATUS.RPT or (for Subchapter V) F 2015-3.1.SUBV.STATUS.RPT, (b) serve it on all parties in interest, and (c) file a proof of service.

4. <u>Affiliates</u>. For all reporting purposes – including Monthly Operating Reports ("MORs"), disclosure statements, etc. – Debtor must disclose all income, expenses, assets, and liabilities of (a) affiliated businesses and (b) any spouse. *See* §§ 101(2) & (9); Rule 2015.3; *SBE v. Woo*, 82 Cal. App.4th 481, 483-84 (2000). Prior authorization of this Court is required for Debtor to cause any affiliate to act out of the ordinary course of that affiliate's business (§ 363(b)). In jointly administered cases, MORs must be filed in each debtor's separate case. Debtor may request at the principal status conference to be excused from these requirements.

5. <u>Procedures</u>. All parties in interest are cautioned to review the Posted Procedures (*see* n. 1 above), including special procedures regarding any plan.

###

Date: December 4, 2023

Neil W. Bason
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd., Ste. 1000, Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify): **DECLARATION OF MARLEIGH SINGLEMAN RE SERVICE OF PROCEDURES ORDER** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 18, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Dare Law**    dare.law@usdoj.gov
- **Douglas M Neistat**    dneistat@gblawllp.com, mramos@gblawllp.com;tkrant@gblawllp.com
- **Jeremy H Rothstein**    jrothstein@gblawllp.com, msingleman@gblawllp.com;rsoll@gblawllp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On March 18, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 22, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 5, 2023 | Marleigh Singleman | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
2410100.1 - 32278.0005

## SERVICE LIST

**Debtor**
Crown Jewel Properties, LLC
1860 Obispo Avenue, Suite F
Signal Hill, CA 90755

**Office of the U.S. Trustee**
United States Trustee
Attn: Dare Law
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

## 20 LARGEST UNSECURED CREDITORS

California Business Ventures
Attn: Barry R. Sedlik
415 Elmwood Drive
Pasadena, CA 91105

Jenna Development, Inc.
1860 Obispo Ave Suite F
Signal Hill, CA 90755

Newport Consulting, Inc.
Attn: Steven R Zanderholm
711 W 17th Street, Suite A12
Costa Mesa, CA 92627

Timothy Howard
2244 N. Pacific Street
Orange, CA 92865

## ALL CREDITORS

Buchanan Mortgage Holdings, LLC
Attn: Tim Ballard & Scott Magoffin
501 Jamboree Road, Suite 4200
Newport Beach, CA 92660

San Diego County Treasurer – Tax Collector
P.O. Box 129009
San Diego, CA 92112

Eleo Electric
2258 Belmont Ave.
Long Beach, CA 90815

Kandila Bros
1860 Obispo Ave., Suite F
Signal Hill, CA 90755

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

## NOTICE PURPOSES ONLY

Rutan & Tucker, LLP
Attn: Robert Dillaway
18575 Jamboree Road, 9th Floor Irvine,
CA 92612

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**
2410100.1 - 32278.0005